No. 1395, Misc. TUCKER v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 1396, Misc. WALTERS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Gary L. Cowan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1398, Misc. GORDON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 1403, Misc. JENKINS v. DUNN ET AL. C. A. 6th Cir. Certiorari denied.

No. 1404, Misc. LASITER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1405, Misc. MATHEWS v. MATHEWS ET AL. Sup. Ct. Ga. Certiorari denied.

No. 1406, Misc. DAUGHERTY v. CRAVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1411, Misc. AMES v. RUSSELL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1414, Misc. HICKOK v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1416, Misc. ROY v. MANCHESTER GAS Co. C. A. 1st Cir. Certiorari denied.

No. 1417, Misc. BELL v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.